

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

2/4/2020

Counsel and Parties of record

Re:   People of the State of Illinois et al v. JUUL Labs, Inc.

USDC Case Number:   1:19-cv-06301

MDL Number:   2913

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 2/4/2020**:**

    X   Was electronically transmitted to: Northern District of California

    ☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely.
    Thomas G. Bruton, Clerk

    By:   /s/ Roberto Perez
           Deputy Clerk

Enclosures

**New Case No.** _____   **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016